

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00754-CR

**EX PARTE** Andrew **BRIGHAM**

Original Habeas Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On November 16, 2017, relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, the petition for writ of habeas corpus is DISMISED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). This court's opinion shall issue at a later date.

It is so **ORDERED** on November 20, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2016CR11697, 2016CR11698, 2016CR7125B, and 2016CR10420, styled *The State of Texas v. Andrew Brigham*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.